**John Macer and Sophia Macer, appellees, v. Peter J. O'Brien, trading as Peter J. O'Brien & Company, and City of Chicago, appellants. Gen. No. 35,916.**

Heard in the third division of this court for the first district at the

April term, 1932. ▉ Opinion filed December 21, 1932. Rehearing denied January 6, 1933.

Lambert K. Hayes and William H. Sexton, Corporation Counsel, for appellants. Albert Schaffner and Earl J. Walker, for appellees.

Mr. Presiding Justice Wilson delivered the opinion of the court.